UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL JAMES LAWRENCE and WILLIAM DEAN WETMORE, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM K. SUTER, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-1344 (RMC) |

## MEMORANDUM OPINION

This matter is before the Court for consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application and dismiss the complaint.

Plaintiffs, who are serving lengthy prison sentences at the Joseph Harp Correctional Center in Lexington, Oklahoma, allege that the Clerk and a Deputy Clerk of the Supreme Court impeded their access to the court by refusing to accept their correspondence. Specifically, plaintiffs allege that Deputy Clerk Johnson "issued an order . . . which stated the Supreme Court does not have jurisdiction to enforce the contempt complaint petition submitted by plaintiffs." Compl. at 8. As a result, plaintiffs state that they must serve prison terms exceeding terms authorized by the laws of Oklahoma. *See id.* at 2. Plaintiffs demand monetary damages, among other relief. *Id.* at 9.

The Clerk of the Supreme Court is the designated recipient of all documents filed

with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Justices of the Supreme Court and the Supreme Court's administrative officers with respect to plaintiffs' petitions and correspondence. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992).

      The Court will dismiss this action for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b). An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

Date: 13 November 2008